**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CATHY BAILEY,
WALLACE BAILEY,**

      **Plaintiffs,**

**vs.**                                **Case No. 4:10cv515-SPM/WCS**

**STATE OF FLORIDA, et al.,**

      **Defendants.**

_____/

## REPORT AND RECOMMENDATION

This cause is again before me upon referral from the office of the clerk.

The court's order entered May 17, 2011, directed Plaintiffs to file a Fourth Amended Complaint by June 17, 2011.  Doc. 10.  Plaintiffs then filed a motion for enlargement of time, doc. 12, and the time for filing the Fourth Amended Complaint was extended to July 18, 2011.  Doc. 13.  Because Plaintiffs failed to comply with that order, an order to show cause why their case should not be dismissed was entered on July 27, 2011, giving them until August 12, 2011, to respond.  Plaintiffs were warned of dismissal if they failed to file a response to the order.   To date, Plaintiffs have failed to file a response.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  See Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.) *cert. denied*, 493 U.S. 863 (1989).  Because Plaintiffs have failed to prosecute this case, their complaint should be dismissed.

It is therefore respectfully **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on August 31, 2011.


s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


<u>**NOTICE TO THE PARTIES**</u>

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:10cv515-RH/WCS