IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CATHY BAILEY,
WALLACE BAILEY,

      Plaintiffs,

v.                             CASE NO. 4:10cv515-RH/WCS

STATE OF FLORIDA et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 15. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED for failure to prosecute." The clerk must close the file.

SO ORDERED on October 13, 2011.

                                Robert L. Hinkle
                                United States District Judge